No. 700.   JOURNEYMEN TAILORS LOCAL No. 195 OF THE AMALGAMATED CLOTHING WORKERS OF AMERICA ET AL. *v.* MILLER'S INC.  See *ante,* p. 658.

No. 14, original.   EX PARTE FORREST HOLIDAY.   March 3, 1941.   The motion for leave to file petition for writ of certiorari is granted.   The motion to proceed *in forma pauperis* is granted and the petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit is granted.   *Forrest Holiday, pro se.*

No. 671.   KINNEY, SECRETARY OF LABOR OF NEBRASKA, *v.* NEBRASKA EX REL. WESTERN REFERENCE & BOND ASSOCIATION, INC., ET AL.   March 3, 1941.   Petition for writ of certiorari to the Supreme Court of Nebraska granted. *Messrs. Walter R. Johnson,* Attorney General of Nebraska, and *Don Kelley,* Assistant Attorney General, for petitioner.   *Mr. Walter Gordon Merritt* for respondents.

No. 714.   CHRISTENSON, ADMINISTRATRIX, *v.* UNION PACIFIC RAILROAD Co.   March 3, 1941.   Petition for writ of certiorari to the Supreme Court of Nebraska granted.   *Mr. Gordon A. Nicholson* for petitioner.   *Mr. Thomas W. Bockes* for respondent.

No. 715.   ARKANSAS CORPORATION COMMISSION ET AL. *v.* THOMPSON, TRUSTEE.   March 3, 1941.   Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted.   *Messrs. Jack Holt,* Attorney General of Arkansas, *Leffel Gentry,* Assistant Attorney General, *Henry L. Fitzhugh,* and *Joseph M. Hill* for peti-